UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS CHICAGO

| | |
|---|---|
| IN RE: VON DISSEN ERIC | ) CHAPTER 13 |
| VON DISSEN TAMARA | ) |
|  | ) CASE NO. 08-18580 |
| Debtor(s). | ) |

### RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes Green Tree Servicing LLC, pursuant to Bankruptcy Rule 3002.1 (g) and for its Response to the Trustee's Notice of Final Cure Payment states as follows:

☒ The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full and the Debtor(s) are current in post petition payments. The next payment is due 08/01/2013 in the amount of $1362.26 which is comprised of $1123.35 principle and interest, $238.91 escrow charges, and $0.00 other charges.

☐ The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full, but the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for _____, 2011 in the amount of $_____:

                                        Principle & Interest:
                                        $_____
                                        Escrow Charges:
                                        $_____
                                        Other Charges:        $_____

                                        Total Due:
                                        $_____.

☐ The Creditor's Authorized Agent denies that all pre petition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the Trustee has paid a total of $_____. See ECF Claim No. _____. In addition, the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for _____, 2011 in the amount of $_____:

                                        **Principle & Interest:**
                                        $_____
                                        Escrow Charges:
                                        $_____
                                        Other Charges:        $_____

                                        Total Due:
                                        $_____.

☐    The Creditor's Authorized Agent denies that all prepetition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the Trustee has paid a total of $_____. See ECF Claim No. _____. The Debtor(s) are current in post petition payments. The next payment is due _____, 2011 in the amount of $_____ which is comprised of $_____ principle and interest, $_____ escrow charges, and $_____ other charges.

                        By :
                        /s/ Davy Mattson
                        BK Rep
                        Green Tree Servicing LLC
                        PO BOX 6154
                        Rapid City, South Dakota 57709-6154

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS CHICAGO

IN RE:  VON DISSEN ERIC
        VON DISSEN TAMARA                        NO. 08-18580

## CERTIFICATE OF SERVICE

I, Davy Mattson, do hereby certify that I have served a true and correct copy of the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** filed by Green Tree Servicing LLC on 7/30/13 via ECF notification service Jason A. Kara, ndil@geracilaw.com; Glenn B Stearns, mcguckin_m@lisle13.com.  A copy has been mailed to the debtors VON DISSEN ERIC, VON DISSEN TAMARA.

2007 LIMESTONE LN UNIT 2007

CARPENTERSVILLE IL 60110

DATED:  This the 30th day of July, 2013.

                                          /s/  Davy Mattson

Davy Mattson
Bankruptcy Specialist
Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57703